

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00317-CR

Victor **SANTIAGO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0894
Honorable Jennifer Pena, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgments of conviction are AFFIRMED.

SIGNED August 19, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice